UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 08-CR-00123-WFN |
| vs. | ) | Order Of Dismissal With Prejudice |
| EMILIANO TORRES-LEYVA, | ) | |
| Defendant. | ) | |

Leave of court is granted for the filing of the foregoing dismissal with prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED this __29th__ day of September, 2008.

s/ Wm. Fremming Nielsen

Wm. Fremming Neilsen
United States District Judge

Order Of Dismissal With Prejudice - 1
P80926DW.PBC.wpd